AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Plaintiff: Enid Futterman

v.

Defendant: Washington Mutual Bank FA

Civil Action No. 1:10-CV-1002

LEK / DRH

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Washington Mutual Bank FA
400 East Main Street
Stockton CA 95290

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Enid Futterman
661 Route 23
Craryville NY 12521

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_Lawrence K. Baerman_
Name of clerk of court

Date: 8/18/2010

_Maria A. Blunt_
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

※ AO 440 (Rev. 04/08)  Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

   (1) personally delivering a copy of each to the individual at this place, _____ ; or

   (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

   (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
       _____ ; or

   (4) returning the summons unexecuted to the court clerk on _____ ; or

   (5) other *(specify)* _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   1/11   .


Date:   _____

_____
Server's signature

_____
Printed name and title

_____
Server's address