William S. Nolan
518.487.7773 phone
wnolan@woh.com

September 9, 2010

Honorable Lawrence E. Kahn
US District Court
Northern District of New York
James T. Foley
U.S. Courthouse Room 424
445 Broadway
Albany, New York 12207-2974

Re: *Futterman v. Washington Mutual Bank, FA d/b/a Chase*
    Civil Case No.: 10-CV-1002 LEK/DRH

Dear Judge Kahn:

This office was just retained to represent Defendant JPMorgan Chase Bank, NA, as acquirer of certain assets of Washington Mutual Bank, FA through the FDIC as receiver (incorrectly sued herein as "Washington Mutual Bank, FA, D/B/A, Chase") in the above-referenced action. We write to request additional time to respond to Plaintiff's amended complaint and amended motion for a preliminary injunction.

It appears that our client was personally served with Plaintiff's amended complaint, along with Plaintiff's amended motion for a preliminary injunction, on August 27, 2010. After having received these documents from our client, we accessed the docket report on PACER, at which time we learned that Plaintiff's original motion for a preliminary injunction was filed on August 18, 2010, and an Order had been issued on August 20, 2010 directing our client to respond to the original motion by September 14, 2010. To our knowledge, our client was not served with these documents. We note that no affidavit of service for the original petition or original motion appears on the Court's docket.

Given the fact that we were just retained in this matter, and Plaintiff has amended both her original complaint and motion, we respectfully request that Defendant be granted additional time to respond to both the amended complaint and the amended motion. Specifically, we request that Defendant's time to answer or move to dismiss the amended complaint, as well its

time to respond to Plaintiff's amended motion for a preliminary injunction, be extended to September 28, 2010.

Thank you for your consideration.

Respectfully Submitted,

/s/ William S. Nolan

William S. Nolan

cc:   Enid Futterman, *Pro Se*

So ordered.

David R. Homer
U.S.M.J.
9/13/10