# Affidavit of Process Server

**United States District Court for the Northern District of New York**
(NAME OF COURT)

__Enid Futterman__ vs __Washington Mutual Bank, et al__   __1:10-CV-1002__
PLAINTIFF/PETITIONER    DEFENDANT/RESPONDENT    CASE NUMBER

I __Robert L. Lawson__, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

Service: I served __Washington Mutual Bank FA d/b/a Chase c/o JP Morgan Chase Bank__
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) __Summons, Amended Original Complaint and Amended Petition__

by leaving with __Linda A. Piatone__   __Legal Specialist III__   At
NAME    RELATIONSHIP

☐ Residence _____ ADDRESS _____ CITY/STATE
☑ Business __One Chase Plaza__   __New York__ __NY__
ADDRESS    CITY/STATE

On __August 27, 2010__ AT __1:08 pm__
DATE    TIME

☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on __N/A__
DATE

from _____ CITY _____ STATE _____ ZIP

**Manner of Service:**
☐ Personal: By personally delivering copies to the person being served.
☐ Substituted at Residence: By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of ____ and explaining the general nature of the papers.
☑ (circled) Substituted at Business: By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ Posting: By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist ☐ Other _____

Service Attempts: Service was attempted on: (1) ____ DATE ____ TIME    (2) ____ DATE ____ TIME

(3) ____ DATE ____ TIME    (4) ____ DATE ____ TIME    (5) ____ DATE ____ TIME

Description: Age __50's__ Sex __F__ Race __WHT__ Height __5'6"__ Weight __140's__ Hair __Blonde__ Beard __No__ Glasses __Yes__

RLL
1510 Castle Hill Avenue
Suite 333
Bronx, New York 10462

SUBSCRIBED AND SWORN to before me this __27th__ day of __August__, 20__10__, by __Robert Lawson__
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

SIGNATURE OF PROCESS SERVER

HENRIETTA KWATENG
NOTARY PUBLIC-STATE OF NEW YORK
No. 01KW6176773
Qualified in Bronx County
My Commission Expires November 08, 2011

SIGNATURE OF NOTARY PUBLIC
NOTARY PUBLIC for the state of __New York__

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
SEP 15 2010
LAWRENCE K. BAERMAN, CLERK
ALBANY

NAPPS
FORM 2   NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS